AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida ⬛

|  |  |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MODIFIED 360, LLC, ET AL., | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

2:17-CV-169-FtM-29MRM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Modified 360, LLC
Attn: Alexander K. Pegues (Registred Agent and Manager)
10600 Chevrolet Way, Ste. 103
Estero, Florida  33928


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron S. Weiss (FBN 48813)
Carlton Fields Jorden Burt, P.A.
Email:  aweiss@carltonfields.com
100 S.E. 2nd Street, Ste. 4200
Miami, Florida  - Tele: 305.530.0050


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: 3-27-17

*Signature of Clerk or Deputy Clerk*